# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 1:13-MJ-00235-GSA

U.S.A.

v.

**JUDGMENT AND ORDER TO PAY**

BRANDON REESER

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✔) **FINE** of $ 250.00     ( ) **Penalty ASSESSMENT** of $ _____

(✔) **PROCESSING Fee** of $ 25.00     for a **TOTAL AMOUNT** of $ 275.00 ,

paid within 90 **days** / months **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU
P.O. Box 71363
Philadelphia, PA  19176-1363
1-800-827-2982

[ ] CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

[✔] CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: November 21, 2013                    /s/ Gary S. Austin

By CRD R.G.                    for: U.S. Magistrate Judge Gary S. Austin                    EDCA - Rev 4/2007